# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, Personal Representative
of the Estate of ERIN L. GROGAN,
KINDRA RISSMAN, CURT RISSMANN,
AND ADAM GROGAN,

      Plaintiffs,

  vs.                              No.  CIV 20-453 PJK-SCY

THE UNITED STATES OF AMERICA,

      Defendant.

## ORDER GRANTING MOTION TO DISMISS

      THIS MATTER came before the Court on Defendant's unopposed Motion to Dismiss for Lack of Subject Matter Jurisdiction filed May 26, 2020.  ECF No. 4  The Court is fully advised in the premises and after consideration, finds that the motion is well taken and should be granted.

      IT IS THEREFORE ORDERED that this matter is dismissed with prejudice, with the parties to bear their own costs.

                                            /s/ Paul Kelly Jr.
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

APPROVED/SUBMITTED BY:

*/s/ Roberto D. Ortega, 5/26/2020*
ROBERTO D. ORTEGA
Assistant United States Attorney
*Attorney for Defendant*


*/s/ Roger I. Smith 5/26/2020*
ROGER I. SMITH
Smith Templeman Law Firm, LLC
*Attorneys for Plaintiffs*